# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 689 |
| | : | |
| APPOINTMENT TO DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of March, 2019, Joseph P. Martone, Esquire, Erie County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of five years, commencing April 1, 2019.